**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIA LADNOVA, on her own behalf and other similarly situated,**

           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1598-Orl-31DAB**

**RAMADA PROPERTY GROUP, INC.,**

           **Defendant.**
_____

## ORDER

Defendant's Motion for Hearing (Doc. 17) is DENIED. Defendant has still not complied with the Court's Order (Doc. 10) requiring it to file a response to Court-ordered discovery, nor has Defendant adequately responded to the show cause order (Doc. 17). Accordingly, it is

**ORDERED** that Defendant shall file the information required by the Court's Scheduling Order by 5:00 P.M. on April 5, 2006. Failure to do so will result in the imposition of a sanction in the amount of $100 per day for each day thereafter until such filing is accomplished.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 4, 2006.

                                                      GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party